In the Matter of the Petition of the KINGS COUNTY TRUST COMPANY, as Substituted Trustee, etc., Respondent, for the Benefit of MARY LOUISE LAMB, etc., to Compel SARAH HYNES and GEORGE ORR to Render and Settle Their Account as Executors, etc. SARAH HYNES and Another, as Executors, etc., Appellants.— Decree of the Surrogate's Court of Kings county affirmed by default, with costs. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

CAROLINE M. KEELER, as Executrix, etc., of JOHN R. KEELER, Deceased, Respondent, v. VASCO P. ABBOTT and Another, Appellants, and Others, Defendants.— Interlocutory judgment affirmed, with costs. Whether the defendants, appellants, are entitled to any allowance for services or expenditures on the appeals prosecuted after the death of plaintiff's testator, is a matter which may properly be considered by the referee upon the accounting. There is some intimation in the record that the appellant Abbott has reimbursed himself in his settlement with McCrea, which is not questioned by the respondent. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

JOE MIKLASZ, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

PLATT & WASHBURN REFINING COMPANY, Respondent, v. PATERSON BREWING AND MALTING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL TURNER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NASSAU ELECTRIC RAILROAD COMPANY, Respondent, v. WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.